Carter M. Zinn, Esq. (State Bar No. 205034)
T. Andrew Davies, Esq. (State Bar No. 256626)
The Zinn Law Firm
55 Francisco St., Ste. 403
San Francisco, CA 94133
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-Mail: carter@zinn-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

| | |
|---|---|
| ELIZABETH A. MANGANARO,<br><br>    Plaintiff,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1-100,<br><br>    Defendants | CASE NO: C-12-00278-RMW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Courtroom 6<br><br>Hon. Ronald M. Whyte U.S. District Judge |

**STIPULATION**

Plaintiff and Defendant hereby stipulate that the July 27, 2012 Case Management Conference in this matter should be continued to August 10, 2012 at 10:30 a.m.

Date: July 20, 2012

*T.A.D.*
T. Andrew Davies, Esq.
The Zinn Law Firm
Attorneys for Plaintiff
Elizabeth Manganaro

Date: July 20, 2012

*Charles May*
Charles D. May, Esq.
Tharpe & Howell, LLP
Attorneys for Defendant
Lowe's HIW, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
-1-

| | |
|---|---|
| 1 | Carter M. Zinn, Esq. (State Bar No. 205034) |
| | T. Andrew Davies, Esq. (State Bar No. 256626) |
| 2 | The Zinn Law Firm |
| | 55 Francisco St., Ste. 403 |
| 3 | San Francisco, CA 94133 |
| | Telephone:  (415) 292-4100 |
| 4 | Facsimile:  (415) 292-4106 |
| | E-Mail: carter@zinn-law.com |
| 5 | |
| | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

| | | |
|---|---|---|
| ELIZABETH A. MANGANARO, | ) | CASE NO: C-12-00278-RMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [] ORDER RE CONTINUANCE |
| | ) | OF CASE MANAGEMENT CONFERENCE |
| | ) | |
| LOWE'S HIW, INC., and DOES 1-100, | ) | Courtroom 6 |
| | ) | |
| Defendants | ) | Hon. Ronald M. Whyte U.S. District Judge |
| | ) | |
| | ) | |
| | ) | |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

The Court hereby orders that the Case Management Conference scheduled for July 27, 2012 at 10:30 a.m. in Dept. 6 be continued to August 10, 2012 at 10:30 a.m. in Dept. 6 per the parties' Stipulation to Continue Case Management Conference.

Date: ÏÐÑÒÓÔÕÖ

_____
Hon. Ronald M. Whyte
U.S. District Judge

[] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
-1-