Carter M. Zinn, Esq. (State Bar No. 205034)
T. Andrew Davies, Esq. (State Bar No. 256626)
The Zinn Law Firm
55 Francisco St., Ste. 403
San Francisco, CA 94133
Telephone: (415) 292-4100
Facsimile: (415) 292-4106
E-Mail: carter@zinn-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

ELIZABETH A. MANGANARO,

    Plaintiff,

vs.

LOWE'S HIW, INC., and DOES 1-100,

    Defendants

CASE NO: C-12-00278-RMW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Courtroom 6

Hon. Ronald M. Whyte U.S. District Judge

**STIPULATION**

Plaintiff and Defendant hereby stipulate that the July 27, 2012 Case Management Conference in this matter should be continued to August 10, 2012 at 10:30 a.m.

Date: July 20, 2012

    *T.A.D.*
T. Andrew Davies, Esq.
The Zinn Law Firm
Attorneys for Plaintiff
Elizabeth Manganaro

Date: July 20, 2012

    *Charles May*
Charles D. May, Esq.
Tharpe & Howell, LLP
Attorneys for Defendant
Lowe's HIW, INC.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
-1-

1  Carter M. Zinn, Esq. (State Bar No. 205034)
   T. Andrew Davies, Esq. (State Bar No. 256626)
2  The Zinn Law Firm
   55 Francisco St., Ste. 403
3  San Francisco, CA 94133
   Telephone:  (415) 292-4100
4  Facsimile:  (415) 292-4106
   E-Mail: carter@zinn-law.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE

| | |
|---|---|
| ELIZABETH A. MANGANARO, | ) CASE NO: C-12-00278-RMW |
| Plaintiff, | ) |
| vs. | ) [] ORDER RE CONTINUANCE |
| | )  OF CASE MANAGEMENT CONFERENCE |
| LOWE'S HIW, INC., and DOES 1-100, | ) Courtroom 6 |
| Defendants | ) Hon. Ronald M. Whyte U.S. District Judge |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

The Court hereby orders that the Case Management Conference scheduled for July 27, 2012 at 10:30 a.m. in Dept. 6 be continued to August 10, 2012 at 10:30 a.m. in Dept. 6 per the parties' Stipulation to Continue Case Management Conference.

Date: ϳͬϮϬͬϭϮ

_____
Hon. Ronald M. Whyte
U.S. District Judge

[] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE
-1-