| | |
|---|---|
| 1 | Carter M. Zinn (State Bar No. 205034) |
| 2 | T. Andrew Davies (State Bar No. 256626) |
|   | The Zinn Law Firm |
| 3 | 55 Francisco Street |
|   | San Francisco, California 94133 |
| 4 | Telephone: (415) 292-4100 |
|   | Facsimile: (415) 292-4106 |

Attorneys for Plaintiff ELIZABETH A. MANGANARO

CHARLES D. MAY, ESQ. (Bar No. 129663)
GENE B. SHARAGA, ESQ. (Bar No. 131661)
RODRIGO J. BOZOGHLIAN, ESQ. (Bar No. 249732)
THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221
Telephone: (818) 205-9955
Facsimile: (818)205-9944

Attorneys for Defendant, LOWE'S HIW, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ELIZABETH A. MANGANARO, <br><br>Plaintiff, <br><br>vs. <br><br>LOWE'S HIW, INC.; and DOES 1-100 <br><br>Defendants | Case No. CV 12-00278-RMW <br><br>**[PROPOSED] ORDER RE JOINT STIPULATION BY THE PARTIES TO CONTINUE TRIAL DATE AND DISCOVERY DEADLINES** <br><br>State Court Complaint Filed: June 23, 2011 <br> Removal to Federal Court: January 18, 2012 <br> Trial Date: March 12, 2012 |

1   It having been stipulated by the parties, by and through their respective
2   attorneys of records, it is hereby ORDERED as follows:
3       1.  That the Trial in this matter be continued from March 12, 2013, to
4   _____, 2013 with the Court ordering appropriate further case
5   management conferences and pre-trial conferences at its discretion.
6       2.  The mediation completion date is hereby continued to
7   _____, 2013.
8       3.  The expert witness disclosure is hereby continued to
9   _____, 2013.
10      4.  The discovery cut-off date is hereby continued to _____,
11  2013.
12      5.  The ~~Case Management Conference is hereby continued to~~
13  _____, 2013.
14      6.  The Pre-Trial Conference is hereby continued to _____,
15  2013.
16
17      DATED this ____ day of _____, 2012.
18
19          By /s/ Ronald M. Whyte
20          District Court Judge
            Honorable Ronald M. Whyte

[~~PROPOSED~~] ORDER RE JOINT STIPULATION BY THE PARTIES TO CONTINUE TRIAL DATE AND DISCOVERY DEADLINES

Manganaro v. Lowe's HIW, Inc.
Case No.: CV 12-00278-RMW

-2-