1  Carter M. Zinn (State Bar No. 205034)
2  T. Andrew Davies (State Bar No. 256626)
   The Zinn Law Firm
3  55 Francisco Street
   San Francisco, California 94133
4  Telephone: (415) 292-4100
   Facsimile: (415) 292-4106

5  Attorneys for Plaintiff ELIZABETH A. MANGANARO
6  CHARLES D. MAY, ESQ. (Bar No. 129663)
7  GENE B. SHARAGA, ESQ. (Bar No. 131661)
   RODRIGO J. BOZOGHLIAN, ESQ. (Bar No. 249732)
8  THARPE & HOWELL, LLP
9  15250 Ventura Boulevard, Ninth Floor
   Sherman Oaks, California 91403-3221
10 Telephone: (818) 205-9955
11 Facsimile: (818)205-9944

12
   Attorneys for Defendant, LOWE'S HIW, INC.
13
                    UNITED STATES DISTRICT COURT
14
             NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE
15

16 ELIZABETH A. MANGANARO           ) Case No. CV 12-00278-RMW
17         Plaintiff,                )
                                     )
18     vs.                           ) [PROPOSED] ORDER RE JOINT
19                                   ) STIPULATION BY THE PARTIES
                                     ) TO CONTINUE TRIAL DATE AND
20 LOWE'S HIW, INC.; and DOES 1-100 ) DISCOVERY DEADLINES
21                                   )
                                     ) State Court Complaint Filed: June 23,
22       Defendants                  ) 2011
23                                   ) Removal to Federal Court: January 18,
                                     ) 2012
24                                   ) Trial Date: March 12, 2012
25                                   )
                                     )
26                                   )
27 _____ )
28

It having been stipulated by the parties, by and through their respective attorneys of records, it is hereby ORDERED as follows:

1. That the Trial in this matter be continued from March 12, 2013, to _____, 2013 with the Court ordering appropriate further case management conferences and pre-trial conferences at its discretion.

2. The mediation completion date is hereby continued to _____, 2013.

3. The expert witness disclosure is hereby continued to _____, 2013.

4. The discovery cut-off date is hereby continued to _____, 2013.

5. The ~~Case Management Conference is hereby continued to~~ _____, 2013.

6. The Pre-Trial Conference is hereby continued to _____, 2013.

DATED this ____ day of _____, 2012.

By _____
District Court Judge
Honorable Ronald M. Whyte

~~[PROPOSED]~~ ORDER RE JOINT STIPULATION BY THE PARTIES TO CONTINUE TRIAL DATE AND DISCOVERY DEADLINES

Manganaro v. Lowe's HIW, Inc.
Case No.: CV 12-00278-RMW