CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
RODRIGO J. BOZOGHLIAN, ESQ.; STATE BAR NO.: 249732
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: rbozoghlian@tharpe-howell.com

Attorneys for Defendants,
    Lowe's HIW, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| ELIZABETH A. MANGANARO,<br><br>            Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., and DOES 1 to 100,<br><br>            Defendant. | CASE NO.: CV 12-00278-RMW<br><br>(Santa Clara County Superior Court Case No.: 1-11-CV-203751)<br><br>[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

IT IS HEREBY ORDERED that the Complaint of Plaintiff ELIZABETH A. MANGANARO is hereby dismissed in its entirety, with prejudice.

Dated: _____    By: *Ronald M. Whyte*
                                      U.S. DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)
Manganaro v. Lowe's HIW, Inc.